## Charles Sheahan, Appellee, v. Hadfield Ice Cream Company, Appellant.

### Gen. No. 22,923.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917.

### Statement of the Case.

Action by Charles Sheahan, plaintiff, against Hadfield Ice Cream Company, a corporation, defendant, to recover a balance due for services rendered. From a judgment for plaintiff for $575, defendant appeals.

HENRY W. OLSCHNER, for appellant.

CHARLES C. BODENSTAB, for appellee.

MR. JUSTICE MCDONALD delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 296*—*when evidence shows promise of increased salary by president in official capacity.* Evidence *held* to sustain the finding that the promise made by the president of the defendant company to pay plaintiff a certain sum per month in addition to his stated salary was made by the president on behalf of the company and not on his individual account, in an action to recover for services rendered by plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.